UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE WANG,<br><br>              Plaintiff,<br><br>       v.<br><br>CITY OF CLEAR LAKE, et al.,<br><br>              Defendants. | Case No. 19-cv-05370-EMC<br><br>**ORDER RE: SERVICE OF SUMMONS ON SECOND AMENDING COMPLAINT**<br><br>Docket No. 80 |

   The Clerk of Court is directed to issue the summons in this case to Greg Folsom and Doug Herron.  Furthermore, the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint, any amendments or attachments, Plaintiff's affidavit and this order upon Defendant(s).

   **IT IS SO ORDERED**.

Dated: October 15, 2020

_____
EDWARD M. CHEN
United States District Judge