1  JANE WANG
   6146 Bollinger Road #472
2  San Jose, CA  95129
   Telephone:  (408) 673-1820
3  Email:  jzw96@hotmail.com

4  PLAINTIFF, IN PRO SE

5  MICHAEL J. CHRISTIAN (SBN 173727)
   SHANE R. LARSEN (SBN 283966)
6  JACKSON LEWIS P.C.
   400 Capitol Mall, Suite 1600
7  Sacramento, California 95814
   Telephone:     (916) 341-0404
8  Facsimile:      (916) 341-0141
   Email: michael.christian@jacksonlewis.com
9          shane.larsen@jacksonlewis.com

10 Attorneys for Defendants
   CITY OF CLEARLAKE, GREG FOLSOM
11 and DOUG HERREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANE WANG,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF CLEAR LAKE, GREG FOLSOM, and DOUG HERRON,<br><br>            Defendants. | CASE NO.  3:19-CV-05370-EMC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: August 27, 2019<br>FAC Filed:  December 4, 2019 |
|---|---|

21      Plaintiff JANE WANG and Defendants CITY OF CLEARLAKE, GREG FOLSOM and

22 DOUG HERREN by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii)

23 of the Federal Rules of Civil Procedure, hereby stipulate to voluntarily dismiss the entire Action

24 and any and all claims by Plaintiff against Defendants *with prejudice*.  Each party shall bear their

25 own attorneys' fees and costs.

26 ///

27 ///

28 ///

1

1       IT IS SO STIPULATED.

2   Dated: June 16 2021               PLAINTIFF JANE WANG, in Pro Se

3                                       By: /s/ *Jane Wang*   *[as auth. on 6.3.21]*
                                            JANE WANG

4

5   Dated: June 16, 2021              JACKSON LEWIS P.C.

6                                       By: /s/ *Michael J. Christian*
                                         MICHAEL J. CHRISTIAN

7                                          SHANE R. LARSEN
                                   Attorneys for Defendants

8                                    CITY OF CLEARLAKE, GREG FOLSOM
                                   and DOUG HERREN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

June 17, 2021
APPROVED
Judge Edward M. Chen

2